CADY, Chief Justice
(concurring specially).
I concur in the majority opinion and join in the special concurrences by Justice Wiggins and Justice Appel.
It is as important to address implicit bias in jury deliberations as it is to address racial diversity in jury selection. The more this is done, the more these biases and differences will cease to exist. The more this is done, the more the goal of a fair and impartial trial will be understood.
Any verdict, judgment, or sentence motivated by any type of bias is unjust. Our system of justice must have confidence that the outcomes of trials were achieved with impartiality and fairness. Today’s decision identifies several ways for our justice system to improve. We should never stop looking for others.
Wiggins and Appel, JJ., join this special concurrence.